UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cr-00104-WTL-DKL |
| | ) | |
| REGINALD T. WALTON (01), | ) | |
| DAVID JOHNSON (3), and | ) | |
| RANDALL SARGENT (5), | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FOR JANUARY 27, 2015**
**HONORABLE WILLIAM T. LAWRENCE, JUDGE**

On the court's own motion, the final pretrial conference scheduled for February 6, 2015 is hereby CONTINUED to Monday, **February 9, 2015 at 2:00 p.m.** in Courtroom 202.

Defendants shall appear in person.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana