UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| REGINALD T. WALTON, | ) CAUSE NO. 1:13-cr-0104-WTL-01 |
| DAVID JOHNSON, and | ) -03 |
| RANDALL K. SARGENT, | ) -05 |
| | ) |
| Defendants, | ) |

**STIPULATION REGARDING USE OF INTERSTATE WIRE COMMUNICATIONS**

The United States of America, by counsel, Josh J. Minkler, Acting United States Attorney for the Southern District of Indiana, and Bradley A. Blackington, Assistant United States Attorney and the defendants, by and through their attorneys, stipulate and agree as follows:

1. On October 21, 2012, at approximately 1:26 p.m., an e-mail was transmitted from e-mail account Reginald.Walton@indy.gov to e-mail account jjfirstclass@gmail.com (Exhibit 13). Reginald T. Walton was in the state of Indiana at the time of the transmission of this e-mail.

2. On April 3, 2013, at approximately 9:23 a.m., a text message was transmitted from cellular telephone number (317) 339-6329 to cellular telephone number (317) 495-0466. Reginald T. Walton was in the state of Florida at the time of the transmission of this text message.

3. On April 3, 2013, at approximately 1:17 p.m., a telephone conversation occurred between the user of cellular telephone number (317) 339-6329 and cellular telephone number (317) 918-0453. Reginald Walton was in the state of Florida during this telephone conversation.

4. On April 1, 2013, Randall Sargent deposited a check that constituted proceeds from

1

the sale of real estate located at 619 Eastern Avenue, Indianapolis, Indiana into an account maintained at Huntington National Bank in Indianapolis. On April 1, 2013, Huntington National Bank transmitted a copy of the check from Indianapolis, Indiana to Columbus, Ohio by means of a wire communication to obtain payment for the check.

5.   On January 14, 2013, David Johnson deposited a check from the sale of real estate located at 1143 South Chester Avenue, Indianapolis, Indiana into an account maintained by PNC Bank in Indianapolis. On January 14, 2013, PNC Bank transmitted a copy of the check from Indianapolis, Indiana to Philadelphia, Pennsylvania by means of a wire communication to obtain payment for the check.

By affixing their signatures hereto, the government and the defendant agree to this stipulation and that said stipulation may be entered into evidence during the course of the trial in the above cause.

Date: 2/9/15

Bradley A. Blackington
Assistant United States Attorney

Date: 2/9/15

Michael J. Donahoe
Attorney for Reginald T. Walton

Date: 2-9-15

James A. Edgar
Attorney for David Johnson

Date: 2-9-15

Jack F. Crawford
Attorney for Randall K. Sargent

2