UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) ) ) | |
| vs. | ) ) | |
| RANDALL K. SARGENT, | ) ) ) | Cause No. 1:13-cr-104-WTL-DKL-5 |
| *Defendant.* | ) | |

**COURTROOM MINUTES FOR FEBRUARY 19, 2015**
**CHANGE OF PLEA HEARING**
**HON. WILLIAM T. LAWRENCE, JUDGE**

GOVERNMENT APPEARS BY: Bradley Blackington
DEFENDANT IN PERSON AND WITH COUNSEL: Jack Crawford
COURT REPORTER: Cathy Jones

Hearing held on defendant's Petition to Enter a Plea of Guilty.

The Court inquires of the defendant if the defendant understands the rights that the defendant will relinquish if the Court accepts the defendant's plea of guilty to Counts Four and Nine of the Superseding Indictment. Being satisfied that the defendant is fully competent and able to enter an informed plea, that the defendant's plea is made knowingly and voluntarily and, after reviewing the stipulated factual basis for the plea and determining that the plea is supported by an independent basis in fact containing each of the essential elements of the offense charged, the Court takes the plea UNDER ADVISEMENT pending the presentence report and argument of counsel.

Sentencing to be set under separate order.

Defendant released on previously-imposed conditions of release.

Notice to all registered counsel via electronic notification